1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  M. Magali Mercera, Esq., Bar No. 11742
   MMM@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
5  Facsimile:   702.214.2101

6  Joanna R. Travalini, Esq. (*pro hac vice* forthcoming)
   jtravalini@winston.com
7  WINSTON & STRAWN LLP
   35 W. Wacker Drive
8  Chicago, IL 60601-9703
   Telephone 312.558.3256
9  Facsimile: 312.558.5700

10 Seth C. Farber, Esq. (*pro hac vice* forthcoming)
   sfarber@winston.com
11 WINSTON & STRAWN LLP
   200 Park Avenue
12 New York, NY 10166-4193
   Telephone:  212.294.4611
13 Facsimile:  212.294-4700

14 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>MICHAEL B. ZIPPRICH; AMERICA'S REHAB CAMPUSES, LLC; AMERICA'S REHAB CAMPUSES-ARIZONA, LLC; and ARIZONA REHAB CAMPUS, LLC,<br><br>                        Defendants. | CASE NO.:    2:20-cv-02308-JCM-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

1

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Michael B. Zipprich ("Zipprich"), America's Rehab Campuses, LLC ("ARC"), America's Rehab Campuses-Arizona, LLC ("ARC-AZ"), and Arizona Rehab Campus, LLC ("ARC-OP") (collectively, the "Parties"), by and through their respective counsel of record, agree as follows:

1. The SEC filed its Complaint in the instant action on December 21, 2020. (ECF No. 1);

2. The SEC filed its First Amended Complaint in the instant action on January 14, 2021. (ECF No. 4);

3. The SEC served requests to waive service of summon on Mr. Zipprich, ARC, ARC-OP, and ARC-AZ on or about January 26, 2021;

4. Counsel for Mr. Zipprich, ARC, ARC-OP, and ARC-AZ returned executed Waivers of the Service of Summons on or about February 9, 2021 (ECF Nos. 5-8.);

5. The deadline to answer or otherwise respond to the First Amended Complaint is March 29, 2021;

6. In light of the foregoing, the Parties STIPULATE AND AGREE, subject to this Court's approval, that the time for Mr. Zipprich, ARC, ARC-OP, and ARC-AZ to answer or otherwise respond to the First Amended Complaint in this action shall be extended; and

7. Mr. Zipprich, ARC, ARC-OP, and ARC-AZ shall answer or otherwise respond to the First Amended Complaint in this action by or before April 12, 2021.

Dated this 24th day of March, 2021.

PISANELLI BICE PLLC

By: */s/ M. Magali Mercera*
James J. Pisanelli, Esq., #4027
M. Magali Mercera, Esq., #11742
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

WINSTON & STRAWN LLP
Joanna R. Travalini, Esq.
(*pro hac vice* forthcoming)
35 W. Wacker Drive
Chicago, IL 60601-9703

Seth C. Farber, Esq.
(*pro hac vice* forthcoming)
200 Park Avenue
New York, NY 10166-4193

*Attorneys for Defendants*

Dated this 24th day of March, 2021.

SECURITIES AND EXCHANGE COMMISSION

By: */s/ Terry R. Miller*
Terry R. Miller, Esq. (admitted *pro hac vice*)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294

*Attorney for Securities and Exchange Commission*

## ORDER

IT IS SO ORDERED that Defendants shall answer or otherwise respond to the First Amended Complaint in this action on or before April 12, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 25, 2021

CASE NO. 2:20-cv-02308-JCM-DJA