TERRY R. MILLER (Colo. Bar No. 39007)
admitted *pro hac vice*
Email: millerte@sec.gov
Attorney for Plaintiff
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1000
Facsimile: (303) 297-3529

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL B. ZIPPRICH,<br>AMERICA'S REHAB CAMPUSES, LLC,<br>AMERICA'S REHAB CAMPUSES – ARIZONA, LLC,<br>and<br>ARIZONA REHAB CAMPUS, LLC,<br><br>　　　　Defendants. | Case No. 2:20-cv-02308-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

1  Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants
2  Michael B. Zipprich, America's Rehab Campuses, LLC ("ARC"), America's Rehab
3  Campuses-Arizona, LLC ("ARC-AZ"), and Arizona Rehab Campus, LLC ("ARC-OP")
4  (collectively, the "Parties"), by and through their respective counsel of record, agree as follows:

5  1.  The SEC seeks an order extending the time to respond to Defendants' Motion to
6  Dismiss First Amended Complaint, filed on April 12, 2021. (ECF No. 13, "Motion to Dismiss").

7  2.  The deadline to respond to the Motion to Dismiss is April 26, 2021.

8  3.  Counsel for the SEC requests an extension of 14 days to respond to the Motion to
9  Dismiss due to competing deadlines in other cases and investigations, including expert discovery in
10 another matter that is scheduled for completion by April 30, 2021.

11 4.  This is the first request to extend the deadline to respond to the Motion to Dismiss.
12 The deadline to respond to the SEC's First Amended Complaint was extended previously by 14
13 days upon stipulation of the parties. (ECF. No. 10).

5. In light of the foregoing, the Parties STIPULATE AND AGREE, subject to this Court's approval, that the time for the SEC to respond to the Motion to Dismiss shall be extended; and the SEC shall respond to the Motion to Dismiss by or before May 10, 2021.

Dated this 21st day of April, 2021.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
James J. Pisanelli, Esq., #4027
M. Magali Mercera, Esq., #11742
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

WINSTON & STRAWN LLP
Joanna R. Travalini, Esq.
(admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601-9703

Seth C. Farber, Esq.
(admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-4193

*Attorneys for Defendants*

Dated this 21st day of April, 2021.

SECURITIES AND EXCHANGE COMMISSION

By: /s/Terry R. Miller
Terry R. Miller, Esq.
(admitted *pro hac vice*)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294

*Attorneys for Securities and Exchange Commission*

## ORDER

IT IS SO ORDERED that the SEC shall respond to Defendants' Motion to Dismiss (ECF No. 13) by or before May 10, 2021.

_____
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2021

CASE NO. 2:20-cv-02308-JCM-DJA

3