James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Joanna R. Travalini, Esq. (admitted *pro hac vice*)
jtravalini@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone 312.558.3256
Facsimile: 312.558.5700

Seth C. Farber, Esq. (admitted *pro hac vice*)
sfarber@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: 212.294.4611
Facsimile: 212.294-4700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. ZIPPRICH; AMERICA'S REHAB CAMPUSES, LLC; AMERICA'S REHAB CAMPUSES-ARIZONA, LLC; and ARIZONA REHAB CAMPUS, LLC,<br><br>Defendants. | CASE NO.: 2:20-cv-02308-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF NO. 13)**<br><br>**(First Request)** |

1

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Michael B. Zipprich ("Zipprich"), America's Rehab Campuses, LLC ("ARC"), America's Rehab Campuses-Arizona, LLC ("ARC-AZ"), and Arizona Rehab Campus, LLC ("ARC-OP") (collectively, the "Parties"), by and through their respective counsel of record, agree as follows:

1. On April 12, 2021, Zipprich, ARC, ARC-AZ, and ARC-OP filed their Motion to Dismiss First Amended Complaint (ECF No. 13) (the "Motion to Dismiss").

2. On April 21, 2021, the Parties submitted a Stipulation and Proposed Order to Extend Time to Respond to Motion to Dismiss First Amended Complaint seeking to extend the deadline for the SEC to file its response to the Motion to Dismiss (ECF No. 19).

3. On April 23, 2021, this Court entered an order granting the Parties' Stipulation and Proposed Order to Extend Time to Respond to Motion to Dismiss First Amended Complaint (ECF No. 20).

4. On May 10, 2021, the SEC filed its Memorandum of Points and Authorities in Response to Motion to Dismiss First Amended Complaint (ECF No. 21).

5. The deadline to file replies in support of the Motion to Dismiss is currently May 17, 2021.

6. Counsel for Zipprich, ARC, ARC-AZ, and ARC-OP request an extension of seven (7) days to file a reply in support of the Motion to Dismiss.

7. Good cause exists to extend the briefing schedule as set forth above to accommodate the schedules of counsel.

8. In light of the foregoing, the Parties STIPULATE AND AGREE, subject to this Court's approval, that Defendants shall have up to and including May 24, 2021 to file their reply in support of the Motion to Dismiss.

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

9. This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

| Dated this 13th day of May, 2021. | Dated this 13th day of May, 2021. |
|---|---|
| PISANELLI BICE PLLC | SECURITIES AND EXCHANGE COMMISSION |
| By: */s/ M. Magali Mercera*<br>James J. Pisanelli, Esq., #4027<br>M. Magali Mercera, Esq., #11742<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br><br>WINSTON & STRAWN LLP<br>Joanna R. Travalini, Esq.<br>(admitted *pro hac vice*)<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br><br>Seth C. Farber, Esq.<br>(admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193 | By: */s/ Terry R. Miller*<br>Terry R. Miller, Esq. (admitted *pro hac vice*)<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294<br><br>*Attorney for Securities and Exchange Commission* |

*Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED. Defendants shall have up to and including May 24, 2021 to file their reply in support of the Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2021


CASE NO. 2:20-cv-02308-JCM-DJA

3