James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile:  702.214.2101

Seth C. Farber, Esq. (admitted *pro hac vice*)
sfarber@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: 212.294.4611
Facsimile: 212.294.4700

Joanna R. Travalini, Esq. (admitted *pro hac vice*)
jtravalini@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone 312.558.5600
Facsimile: 312.558.5700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v<br><br>MICHAEL B. ZIPPRICH, AMERICA'S REHAB CAMPUSES, LLC, AMERICA'S REHAB CAMPUSES – ARIZONA, LLC, and ARIZONA REHAB CAMPUS, LLC,<br><br>Defendants. | CASE NO. 2:20-cv-02308-JCM-DJA<br><br>**STIPULATION AND ORDER TO STAY PROCEEDING**<br><br>**(First Request)** |

      Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Michael B. Zipprich, America's Rehab Campuses, LLC, America's Rehab Campuses – Arizona, LLC, and Arizona Rehab Campus, LLC (collectively the "Parties" and individually "Party"), by and through their undersigned counsel of record, hereby request an order to stay the proceeding. The Parties have reached a settlement in principle to resolve all matters in controversy between the Parties. Therefore, the Parties

1

request to stay the proceeding, including all deadlines in the Parties' Joint Discovery Plan and Scheduling Order (ECF No. 26), as modified by the Stipulation (ECF No. 29), for sixty (60) days to allow the Parties to finalize their negotiations and necessary settlement paperwork. This potential settlement is still subject to (a) the Parties agreeing to appropriate documentation, and (b) approval by the Commissioners of the SEC.

In furtherance of the request to stay the proceeding, the Parties submit as follows:

1. The Parties have reached a settlement in principle as to all claims in this action.

2. The Parties need time to analyze certain documents and details in furtherance of the settlement in principle and to draft documentation of the settlement.

3. To avoid the burden and expense of continued litigation and the waste of judicial resources when a settlement in principle has been reached, the Parties respectfully request that the Court stay the proceeding.

4. Before the expiration of the sixty-day period, the Parties will submit to the Court a status report on the progress of finalizing the settlement documentation.

5. After the Parties finalize the appropriate settlement documentation, the Parties would request a further stay so that the SEC Commissioners could consider a settlement recommendation. The SEC consists of five Commissioners, appointed by the President with the advice and consent of the Senate. 15 U.S.C. § 78d(a). Only the Commissioners, and not the staff of the SEC, have authority to settle an action filed in federal district court. The process to determine if the Commission will accept the settlement offer can take up to eight weeks. Accordingly, after the Parties finalize the settlement documentation within the 60 days of the first-requested stay, the Parties will likely request an additional stay so that the Commissioners can consider the settlement offer.

6. This is the Parties' first request to stay the proceeding based on the settlement in principle

Dated this 24th day of November, 2021.                Dated this 24th day of November, 2021.

SECURITIES AND EXCHANGE COMMISSION    PISANELLI BICE PLLC

By:  */s/ Terry R. Miller*                            By:  */s/ M. Magali Mercera*
    Terry R. Miller, Esq. (admitted *pro hac vice*)        James J. Pisanelli, Esq., #4027
    1961 Stout Street, Suite 1700                          M. Magali Mercera, Esq., #11742
    Denver, CO 80294                                        400 South 7th Street, Suite 300
                                                             Las Vegas, Nevada 89101

*Attorney for Plaintiff*

WINSTON & STRAWN LLP
Seth C. Farber, Esq. (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-4193

Joanna R. Travalini, Esq. (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601-9703

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 7, 2021


CASE NO. 2:20-cv-02308-JCM-DJA

3