James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Seth C. Farber, Esq. (admitted *pro hac vice*)
sfarber@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: 212.294.4611
Facsimile: 212.294.4700

Joanna R. Travalini, Esq. (admitted *pro hac vice*)
jtravalini@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone 312.853.7000
Facsimile: 312.853.7036

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. ZIPPRICH, AMERICA'S REHAB CAMPUSES, LLC, AMERICA'S REHAB CAMPUSES – ARIZONA, LLC, and ARIZONA REHAB CAMPUS, LLC,<br><br>Defendants. | Case No. 2:20-cv-02308-JCM-DJA<br><br>**STIPULATION AND ORDER TO STAY PROCEEDING**<br><br>**(SEVENTH REQUEST)** |

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Michael B. Zipprich, America's Rehab Campuses, LLC, America's Rehab Campuses – Arizona, LLC, and Arizona Rehab Campus, LLC (collectively "Defendants") (SEC and Defendants are collectively referred to herein as the "Parties" and individually as "Party"), by and through their undersigned counsel of record, hereby make a seventh request for an order to stay the proceeding for an additional ninety (90) days to allow the Parties to finalize the necessary settlement paperwork and related documentation.  In support of this request, the Parties state as follows:

1. The Parties have reached a settlement in principle to resolve all matters in controversy between the Parties.  This potential settlement is still subject to a) the Parties agreeing to appropriate documentation and b) approval by the Commissioners of the SEC.

2. On November 24, 2021, the Parties filed a first request to stay the proceeding for sixty (60) days.  (ECF No. 30).  On December 7, 2021, the Court granted the Parties' stipulation to stay the proceeding.  (ECF No. 31).

3. On February 4, 2022, the Parties filed a second request to stay the proceeding to afford the Parties additional time to finalize a settlement (ECF No. 32).  On February 4, 2022, the Parties also filed a Joint Status Report outlining the progress the Parties had made in finalizing a settlement (ECF No. 33).  On February 11, 2022, the Court granted the Parties' stipulation to stay the proceeding. (ECF No. 34).

4. On April 12, 2022, the Parties filed a third request to stay the proceeding to afford the Parties additional time to finalize a settlement (ECF No. 38).  On April 12, 2022, the Parties also filed a Joint Status Report with an update on the Parties' progress in finalizing a settlement (ECF No. 39). On April 15, 2022, the Court granted the Parties' stipulation to stay the proceeding (ECF No. 40).

5. On June 14, 2022, the Parties filed a fourth request to stay the proceeding to afford the Parties additional time to finalize a settlement (ECF No. 41).  On June 14, 2022, the Parties also filed a Joint Status Report with an update on the Parties' progress in finalizing a settlement (ECF No. 42). On June 21, 2022, the Court granted the Parties' stipulation to stay the proceeding (ECF No. 43).

6. On September 16, 2022, the Parties filed a fifth request to stay the proceeding to afford the Parties additional time to finalize a settlement (ECF No. 44).  On September 16, 2022, the Parties

also filed a Joint Status Report with an update on the Parties' progress in finalizing a settlement (ECF No. 45).  On September 19, 2022, the Court granted the Parties' stipulation to stay the proceeding (ECF No. 46).

7. On December 16, 2022, the Parties filed a sixth request to stay the proceeding to afford the parties additional time to finalize a settlement (ECF No. 48).  On December 16, 2022, the Parties also filed a Joint Status Report with an update on the Parties' progress in finalizing a settlement (ECF No. 47).  On December 19, 2022, the Court granted the Parties' stipulation to stay the proceeding (ECF No. 49).

8. The Parties have now finalized the terms of their settlement, subject only to approval of that settlement by the SEC Commissioners, as explained below.  Specifically, each Defendant has now executed a consent setting forth the terms of the settlement and provided those consents to the attorneys for the SEC.  Those consents, and the proposed final judgments incorporated by reference within them, provide for Defendants to make certain monetary payments on an installment schedule, with an initial payment to be made within 30 days of entry of judgment.  In addition, Defendants have deposited that required initial payment into an escrow account.

9. The SEC consists of five Commissioners, appointed by the President with the advice and consent of the Senate. 15 U.S.C. § 78d(a).  Only the Commissioners, and not the staff of the SEC, have authority to settle an action filed in federal district court. The process to determine if the Commission will accept the settlement offer can take up to eight weeks.

10. The SEC has started the internal process of having the Commissioners review the settlement proposal.

/ / /

11. Before the expiration of the additional ninety-day period requested herein, the Parties will submit to the Court a status report on the progress of the review by the Commissioners if such review is not complete.

Dated this 6th day of March 2023.                     Dated this 6th day of March 2023.

By: __/s/ Terry R. Miller_____           By: __/s/ M. Magali Mercera_____

    Terry R. Miller, Esq.                                   PISANELLI BICE PLLC
    (admitted *pro hac vice*)                           James J. Pisanelli, Esq., Bar No. 4027
    Securities & Exchange Commission         M. Magali Mercera, Esq., Bar No. 11742
    1961 Stout Street, Suite 1700                    400 South 7th Street, Suite 300
    Denver, CO 80294                                       Las Vegas, Nevada 89101

*Attorney for Plaintiff*

                                                          WINSTON & STRAWN LLP
                                                          Seth C. Farber, Esq.
                                                          (admitted *pro hac vice*)
                                                          200 Park Avenue
                                                          New York, NY 10166-4193

                                                          SIDLEY AUSTIN LLP
                                                          Joanna R. Travalini, Esq.
                                                          (admitted *pro hac vice*)
                                                          One South Dearborn
                                                          Chicago, IL 60603

                                                         *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2023

4